IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services, in his Individual and Official Capacities; SHAUN SETTLES, Warden of the Tecumseh State Correctional Institution, in his Individual and Official Capacities; and JOHN DOE NOS. 1-15, in their Individual and Official Capacities;<br><br>                    Defendants. | **4:26CV3113**<br><br><br><br>**ORDER** |

IT IS ORDERED:

1)    The motion to withdraw filed by Joshua D. Barber, as counsel of record for Plaintiff (Filing No. 13), is granted.

2)    Within 30 days, or on or before July 13, 2026, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)    Plaintiff's deadline to respond to the pending Motion to Dismiss (Filing No. 7) is extended 30 days, to be filed on or before July 10, 2026.

Dated this 12th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge